**FILED**
CLERK, U.S. DISTRICT COURT

3/14/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CDO\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CHEN PARIS,<br>    aka "John,"<br>    aka "johnparis231@gmail.com,"<br>    aka "checkm8rektscrub,"<br>    aka "Lmaocheck130,"<br>    aka "FBIopenup23,"<br>    aka "bakery_2312,"<br>    aka "protestdalcop12,"<br>    aka "zhaojen122,"<br>    aka "mehmetabadulla3@gmail.com,"<br>    aka "contourdeposittest@gmail.com,"<br>    aka "john.kerber21@gmail.com,"<br>    aka "JohnBaris11,"<br><br>    Defendant. | CR No. 2:24-cr-00173-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5): Stalking; 18 U.S.C. § 1951(a): Attempted Interference with Commerce by Extortion; 18 U.S.C. § 875(c): Threat by Interstate Communication; 18 U.S.C. § 875(d): Transmitting Threatening Communications with Intent to Extort] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1.   Beginning in or around September 2019, and continuing to at least October 2023, in Los Angeles County, within the Central

District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with the intent to harass and intimidate Victim 1, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, cellular telephone networks, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 1 in reasonable fear of death and serious bodily injury to Victim 1 and immediate family members of Victim 1, and that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to Victim 1 and immediate family members of Victim 1.

2.   On or about the below dates, defendant PARIS's course of conduct included, among other things, the following:

a.   On September 4, 2020, defendant PARIS sent Victim 1 a message via the LINE application containing Victim 1's password.

b.   On October 16, 2020, defendant PARIS sent Victim 1 messages via the LINE application confirming that defendant PARIS possessed nude photographs of Victim 1.

c.   On March 14, 2021, defendant PARIS sent the following message to Victim 1 via the LINE application: "You dress like a whore.  You act like a whore.  I can tolerate a homeless person.  I can tolerate relatives with Down syndrome.  I cannot tolerate a disgusting, privileged, selfish whore, and liar."

d. On March 15, 2021, defendant PARIS sent the following messages to Victim 1 via the LINE application: "In your future, I will see nothing but divorce, abortion, adultery, and ignorance. The fate of a selfish woman is a lifetime of ignorance and pain."

e. On March 15, 2021, defendant PARIS sent the following messages to Victim 1 via the LINE application, along with approximately 35 thumbnail-sized photographs of Victim 1: "I already know you're dating other men. I was just waiting to see if you'll admit it, but you didn't because you're an evil person. . . . I have never deleted the photos. I have created a list of email addresses of Taiwan campus recruiters. I am not going to send the photo to your friends and family, but I will send it to your employer."

f. On December 3, 2021, defendant PARIS sent Victim 1 messages via the LINE application with screenshots of Victim 1's Instagram followers and nude photographs that defendant PARIS had surreptitiously taken of Victim 1.

g. On December 3, 2021, defendant PARIS sent the following messages to Victim 1 via the LINE application: "Two years ago, I cut my wrist and took a lethal dose of painkillers. I was unconscious. I survived. The earth will burn, and hundreds of people will suffer and die. This is my will. This is my purpose. Genocide. I am strong now. I will regain the devil status. Dragon. I will kill hundreds of people. . . . Killing you once will never make me happy. I want to kill you a million times. I will heal from death just to kill you again . . . . I hate you so much. But honestly, these messages are all confidential. If you don't play by the rules, I will show your boobs to random boys who follow you on Instagram."

3

   h. On December 6, 2021, defendant PARIS sent the following messages to Victim 1 via the LINE application: "You are my dog. My pet. . . . Emotions are for women . . . . Friendship is the biggest and most disgusting weakness. From now on, our relationship will be purely physical. . . . From now on, you will only be treated like a sex object. Damn bitch. I hate weakness. I will strangle you when I fuck you. Worthless, fucking, unfaithful bitch. I live because of anger. Without anger, I would be another suicide."

   i. On December 6, 2021, defendant PARIS sent the following messages to Victim 1 via the LINE application: "If you don't follow the rules, I will castrate your father like a dog. I am a man, a man of discipline. I don't want to waste 30,000 Taiwan dollars just to fly to Taiwan to castrate your father. I'd rather use this money to take you to Europe. But you have to show respect or else your punishment will be endless and cruel." Defendant PARIS re-sent Victim 1's nude photographs to her.

   j. On December 6, 2021, defendant PARIS again sent Victim 1 via the LINE application nude photographs that defendant PARIS had surreptitiously taken of Victim 1.

   k. On December 12, 2021, defendant PARIS sent an email from an email account attempting to conceal his identity to Victim 1 containing images of Victim 1's naked body and the message, "I suggest you kill yourself."

   l. On December 15, 2021, defendant PARIS sent the following messages to Victim 1 via the LINE application: "Learn English. I hate your annoying chink language. Fucking yellow gook."

m. On December 15, 2021, defendant PARIS sent messages to Victim 1 via the LINE application containing a photograph of Victim 1 with a dog and another photograph of a book, along with the message: "The author of this book is Adolf Hitler. The greatest killer in human history. I have planned for 6 years for this day."

n. On January 27, 2022, defendant PARIS sent the following messages to Victim 1 via the LINE application: "I worship infinite evil. Infinite cannibalism. Infinite genocide. Forever."

o. On February 12, 2022, defendant PARIS sent messages to Victim 1 via the LINE application containing a screenshot of Victim 1's graduate program advisor's Internet profile and contact information, a screenshot of Victim 1's sexually explicit photograph, and a diagram of a vagina.

p. On February 15, 2022, defendant PARIS sent an email from an email account attempting to conceal his identity to Victim 1 containing a screenshot of Victim 1's sexually explicit photograph.

q. On March 16, 2022, defendant PARIS messaged Victim 1 via the LINE application: "I will keep you alive, for now . . . . If you ever feel suicidal, just ask me to kill you (peace sign). . . . . You are the only woman who I have wanted to fuck, marry, and kill at the same time. I am going to fuck your brains out . . . . I want to see the blood drop from your broken hymen. I'm going to drink it . . . . Your body is mine. Your body will be used to create my children."

r. On April 7, 2022, defendant PARIS sent the following messages to Victim 1 via the LINE application: "The women take endlessly. And the men, sacrifice, only to be thrown away. Morality fails. Murder becomes justified. Killing the grandparents and

parents of whores, completely justified.  Because the genes of a whore, do not contribute to society.  The family of a selfish whore, will be executed, the bodies burned."

   s. On April 7, 2022, defendant PARIS sent the following message to Victim 1 via the LINE application: "I enjoy it when you endure my violence."

   t. On July 1, 2022, defendant PARIS sent the following messages to Victim 1 via the LINE application: "I'll fucking make your parents commit suicide you whore. . . .  I'm capable of 'understanding'.  I am also capable of fucking killing everyone you love."

   u. On September 23, 2022, defendant PARIS sent the following messages to Victim 1 via the LINE application: "I do not 'love you' in the traditional sense.  No.  I intend to shape you into someone who will help carry on my 'power'. . . .  And that is why I must hurt you."

   v. On October 26, 2022, defendant PARIS sent Victim 1 via the LINE application a fully naked picture of defendant PARIS.

   w. On October 26, 2022, defendant PARIS sent Victim 1 via the LINE application a video of himself fully naked, masturbating in front of a mirror.

   x. On April 15, 2023, defendant PARIS sent Victim 1 via the LINE application sexually explicit photographs of Victim 1.

   y. On April 15, 2023, defendant PARIS sent Victim 1 via the LINE application the message, "Your father's head on a spike," as well as a photograph of a person wearing a mask and holding what appeared to be a decapitated human head:



z.      On April 15, 2023, defendant PARIS sent Victim 1 via the LINE application the below photograph of a large group of deceased human bodies:



aa.     On April 30, 2023, defendant PARIS sent a series of messages to Victim 1 via the LINE application, which stated:

i.    "I would hunt your customers like cattle and I would murder their unborn children."

ii.   "Behead Buddha, cut off his cock, stuff it in his mouth, put his head on a spike."

iii.  "Look at this dead n*****," and a picture of a deceased man.

iv.   "And how much behavior is like that of a 'stalker' or a 'harasser.'  But you can't even complain about that.  Because your father will soon be like that dead n***** . . . .  And I want you to think about that."

    v. "And your father is being blackmailed. . . .  If your father's client base sees photos of you next to your father, next to pornographic photos of you, what will they think?"

    vi. "Give me a name, call me a murderer, call me a stalker, call me a harasser, call me mentally ill, call me whatever.  I murder priests.  I cut off their cocks while they are still alive.  I shove knifes up their assholes.  I pour boiling oil down their necks."

COUNT TWO

[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

1. Beginning in or around October 2020, and continuing to at least February 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with the intent to harass and intimidate Victim 2, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, cellular telephone networks, email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 2 in reasonable fear of death and serious bodily injury to Victim 2 and immediate family members of Victim 2, and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 2 and immediate family members of Victim 2.

2. On or about the below dates, defendant PARIS's course of conduct included, among other things, the following:

    a. On October 22, 2020, defendant PARIS sent the following email to Victim 2: "I will no longer be sympathetic. Because you have refused to be sympathetic . . . . She [Victim 1] has refused to speak to me for a year."

    b. On April 4, 2021, defendant PARIS sent the following messages to Victim 2 via the LINE application: "Your family worships

devil.  51 people died after you call us.  Your mother's words only prove her greed.  I was listening during the whole conference."

   c. On January 27, 2022, defendant PARIS sent Victim 2 via the LINE application a YouTube video of a wolf eating a dead rabbit and a photograph of Victim 1 and Victim 2's family.

   d. On January 27, 2022, defendant PARIS sent Victim 2 via the LINE application photographs of mass human graves.

   e. On or about January 29, 2022, defendant PARIS sent the following messages to Victim 2 via the LINE application:

    i. "Think of your kidneys and lungs being forcibly removed."

    ii. "Pray to your God that you will never stop fearing me.  Because I am very cruel, but I was right too."

    iii. "The good thing about telling the truth right now is that I can spare your family.  Or you can torture me for 5 years, but then I will find out the truth and brutally execute many Taiwanese."

    iv. "My political allegiance is ambiguous.  I really only care about money, power, and violent revenge."

   f. On January 31, 2022, defendant PARIS sent messages to Victim 2 via the LINE application demanding 25,000 New Taiwan Dollars from Victim 2 for "8 months of peace . . . 8 months without threats, blackmail, violence, anger etc."

   g. On January 31, 2022, defendant PARIS sent the following messages to Victim 2 via the LINE application: "I will fight to the death.  I really don't care about your rational request.  I really have no choice.  I can't justify the sacrifice of these two years, so I can only fight for the battle.  I've been fighting for 2

years.  I'll fight 10 more years if necessary.  I will murder the weak, and those who tolerate the weak."

   h. On February 2, 2022, defendant PARIS sent the following messages to Victim 2 via the LINE application:

    i. "When your daughter [Victim 1] was attending college, she was just having fun with her boyfriend for the first two years.  She didn't work.  She is useless.  I won't go into details, but your daughter is worse than a dead drug addict.  She is surrounded by hedonistic nihilistic people."

    ii. "You tolerate weakness.  So I used your weakness to gain absolute power.  My war is against the degenerate, gay, transgender, communist, nationalist, hedonist, atheists, religions, and all forms of weakness."

   i. On February 10, 2022, defendant PARIS sent the following messages to Victim 2 via the LINE application:

    i. "NT$1,391,125.00.  You really want to lie to me," and a photograph of Victim 2's car parked in a garage.

    ii. "NT$ 333,834.00 dollars.  Liquid cash flow maybe.  But you have millions more in assets."

    iii. "Obviously with enough fear, I can get what I want.  Your daughter is unfaithful.  Your family is trying to lie to me.  All your assets are now liquid."

COUNT THREE

[18 U.S.C. § 1951(a)]

On or about October 24, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," knowingly and with intent to obtain property, attempted to obstruct, delay, and affect interstate commerce by knowingly and willingly committing extortion, in that defendant PARIS attempted to obtain property consisting of $50,000 from Victim 1 and Victim 2 by means of threatened force, violence, and fear to Victim 1 and Victim 2.

COUNT FOUR

[18 U.S.C. § 875(d)]

On or about January 31, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly and with the intent to extort a thing of value, transmitted in interstate and foreign commerce a communication containing a true threat to injure the property and reputation of another, that is, messages to Victim 2 via the LINE application including: "Driver's name, in exchange for NT [New Taiwan Dollars] $25,000 dollars, 8 months of peace"; "8 months without threats, blackmail, violence, anger etc."; "I deleted half of the pictures because it's easy for your family to lie about the details"; and "Another offer is TWD [Taiwan Dollars] 200,000 but it will take 3-5 months."

COUNT FIVE

[18 U.S.C. § 875(c)]

On or about December 6, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, messages to Victim 1 via the LINE application including: "If you don't follow the rules, I will castrate your father like a dog."

COUNT SIX

[18 U.S.C. § 875(c)]

On or about March 16, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, messages to Victim 1 via the LINE application including: "I will keep you alive, for now . . . . If you ever feel suicidal, just ask me to kill you (peace sign). . . . . You are the only woman who I have wanted to fuck, marry, and kill at the same time. I am going to fuck your brains out . . . . I want to see the blood drop from your broken hymen. I'm going to drink it . . . . Your body is mine. Your body will be used to create my children."

COUNT SEVEN

[18 U.S.C. § 875(c)]

On or about July 1, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, messages to Victim 1 via the LINE application including: "I'll fucking make your parents commit suicide you whore. . . . I'm capable of 'understanding'. I am also capable of fucking killing everyone you love."

COUNT EIGHT

[18 U.S.C. § 875(c)]

On or about April 15, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, messages to Victim 1 via the LINE application including: "Your father's head on a spike," a photograph of a person wearing a mask holding a decapitated human head, and a photograph of a large group of deceased human bodies.

COUNT NINE

[18 U.S.C. § 875(c)]

On or about April 30, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOHN CHEN PARIS, also known as ("aka") "John," aka "johnparis231@gmail.com," aka "checkm8rektscrub," aka "Lmaocheck130," aka "FBIopenup23," aka "bakery_2312," aka "protestdalcop12," aka "zhaojen122," aka "mehmetabadulla3@gmail.com," aka "contourdeposittest@gmail.com," aka "john.kerber21@gmail.com," aka "JohnBaris11," with intent to issue a threat and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, messages to Victim 1 via the LINE application including:

    a.  "Look at this dead n*****," followed by a picture of a deceased man;

    b.  "Because your father will soon be like that dead n***** . . . .  And I want you to think about that."

//
//
//

19

Case 2:24-cr-00173-PA   Document 1   Filed 03/14/24   Page 20 of 20   Page ID #:20

      c.   "And your father is being blackmailed. . . . If your father's client base sees photos of you next to your father, next to pornographic photos of you, what will they think?"

                              A TRUE BILL

                            /s/
                            Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

KELLYE NG
Assistant United States Attorney
Violent and Organized Crime Section

20