1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   MATTHEW TANG (Cal. Bar No. 341020)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0470
7       Facsimile: (213) 894-6269
        E-mail:    Matthew.Tang@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,    | No. 2:24-cr-00173-PA

13 |        Plaintiff,            | ORDER CONTINUING TRIAL DATE AND
                                    FINDINGS REGARDING EXCLUDABLE TIME
14 |        v.                    | PERIODS PURSUANT TO SPEEDY TRIAL
                                    ACT
15 | JOHN CHEN PARIS,             |
                                    **TRIAL DATE: 10-22-24**
16 |        Defendant.            | **STATUS CONFERENCE DATE: 10-11-24**

17                                  **READ THIS ORDER CAREFULLY, THERE
                                    WERE CHANGES MADE TO THE PROPOSED**
18                                  **ORDER**

19

20      The Court has read and considered the Stipulation Regarding

21 Request for (1) Continuance of Trial Date and (2) Findings of

22 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23 parties in this matter on April 23, 2024.  The Court hereby finds

24 that the Stipulation, which this Court incorporates by reference into

25 this Order, demonstrates facts that support a continuance of the

26 trial date in this matter, and provides good cause for a finding of

27 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The trial in this matter is continued from June 4, 2024, at 8:30 a.m., to October 22, 2024, at 8:30 a.m. The final status conference is continued from May 24, 2024, at 3:00 p.m., to October 11, 2024, at 3:00 p.m. The briefing schedule for any motions, including motions in limine and notices required by Rule 12, 12.1, and 12.2 shall be: motions due July 29, 2024, oppositions due August 12, 2024, and replies (if any) due August 19, 2024. Motions will be heard on September 3, 2024, at 3:00 p.m. **A status conference is scheduled for May 6, 2024, at 2:30 p.m.**

2.  The time period from June 4, 2024 to October 22, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.  Defendant shall appear in Courtroom 9A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on May 6, 2024, at 2:30 p.m., September 3, 2024, at 3:00 p.m., October 11, 2024, at 3:00 p.m., and October 22, 2024, at 8:30 a.m.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

April 23, 2024
DATE

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
MATTHEW TANG
Assistant United States Attorney

3